IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LESLIE ADDY,<br>　　　　Plaintiff<br><br>v<br><br>ELTMAN, ELTMAN & COOPER,<br>　　　　Defendant | )<br>)<br>)  Case No.: 3:11-cv-001333 AWT<br>)<br>)<br>)<br>)<br>)<br>)  September 20, 2011<br>) |

**<u>STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS THIS ACTION WITH PREJUDICE AGAINST DEFENDANT, ELTMAN, ELTMAN & COOPER</u>**

　　　Now comes the Plaintiff, Leslie Addy, by her attorney, Angela K. Troccoli, Esquire and Defendant, Eltman, Eltman & Cooper, hereby stipulate and agree that the action be Dismissed, with prejudice, each party to bear their own attorneys fees and with all rights of appeal waived.

| | |
|---|---|
| LESLIE ADDY,<br>By her Attorney, | ELTMAN, ELTMAN & COOPER,<br>By their Attorney, |
| */s/ Angela K. Troccoli*<br>Angela K. Troccoli, Esquire, Id# ct28597<br>Kimmel & Silverman, PC<br>*The New England Office*<br>60 Hartford Pike, PO Box 325<br>Dayville, CT 06241<br>atroccoli@creditlaw.com | */s/ Kenneth S. Shapiro*<br>Kenneth S. Shapiro, Esquire<br>Shapiro Law Office, PC<br>PO Box 1050-33 Rock Hill Road-Suite 150<br>Bala Cynwood, PA 19004<br>kshapiro@shapirolawpc.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

LESLIE ADDY,  )
    Plaintiff )   Case No.: 3:11-cv-001333 AWT
)
v )
)
ELTMAN, ELTMAN & COOPER, )
    Defendant )
)
)

## CERTIFICATE OF SERVICE

I, Angela K. Troccoli, Esquire, hereby certify that I have this 20th day of September 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Kenneth S. Shapiro, Esquire
Shapiro Law Office, P.C.
P.O. Box 1050
33 Rock Hill Road – Suite 150
Bala Cynwood, PA 19004
**kshapiro@shapirolawpc.com**

                                               */s/ Angela K. Troccoli*
                                               Angela K. Troccoli, Esquire
                                               Id# ct28597